# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

JAMES A.R. JONES,

               Petitioner,        :

   v.

                              **Case No. 2:25-cv-1378**
                              **Chief Judge Sarah D. Morrison**
WARDEN, BELMONT                **Magistrate Judge Peter B. Silvain,**
CORRECTIONAL INSTITUTION,   :  **Jr.**

               Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R")
issued by the Magistrate Judge on March 11, 2026. (ECF No. 3.) Therein, the
Magistrate Judge observed:

> On November 24, 2025, Petitioner filed the instant 28 U.S.C. § 2254
> petition for habeas corpus relief … [and] a Notice of Deficiency was
> issued, directing Petitioner to either pay the $5.00 filing fee or file a
> motion to proceed *in forma pauperis*. Instead of responding to the
> Notice of Deficiency, Petitioner filed a new habeas corpus action,
> relating to the same criminal case, in which he has paid the filing fee
> and in which the Court has issued an Order for Answer. *See Jones v.
> Warden*, Case No. 2:26-cv-222 (S.D. Ohio). A review of the petition in
> that case … reveals that the petitions are essentially the same, with
> Petitioner omitting one ground for relief and updating the procedural
> history of the case.

(*Id.*, PAGEID # 36.) Because Petitioner opted to proceed in the new case rather than
respond to the deficiency notice in the instant case, the Magistrate Judge
recommended that the Court dismiss the instant case for failure to prosecute and as
duplicative. (*Id.*) The Magistrate Judge noted that Petitioner may seek to amend

the petition in the new case to include the omitted ground for relief if he so chooses. (*Id.*, PAGEID # 37.)

The parties were advised of the right to file objections to the R&R and of the consequences of failing to do so. No objections have been filed, and the time for filing objections has passed. Thus, for the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 3).  This matter is **DISMISSED** as duplicative and pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The Clerk shall terminate this case.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**